UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 06-231 (PAM/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| Stephen Richards Barker, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion in Limine. For the reasons expressed orally before and during trial, **IT IS HEREBY ORDERED** that Defendant's Motion in Limine (Docket No. 70) is **DENIED**.

Dated: <u>March 21, 2007</u>

                                                                                                       s/ Paul A. Magnuson
                                                                                                          Paul A. Magnuson
                                                                                                          United States District Court Judge