UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 06-231 (PAM/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| Stephen Richards Barker, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Clerk of Court shall establish an interest bearing bank account for the holding and future disbursement of funds in this case. Specifically, Defendant shall deposit $10,000 from the sale of his vehicle with the Clerk of Court for the District of Minnesota, and the Clerk shall deposit said funds into the established interest bearing account. Any and all such funds are to be disbursed at a later date only by further order of the Court.

Dated: April 18, 2007

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge