UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. File No. 06-231 (PAM/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| Stephen Richards Barker, | |
| Defendant. | |

This matter is before the Court on Defendant Stephen Richards Barker's request that Douglas Olson be terminated as court-appointed counsel. Defendant stated that he "fired Mr. Olson for misrepresenting the Defendant." (See Defendant's Request of Sept. 9, 2007 at 1 (Docket No. 100).) Defendant further stated that he would make additional filings in this case in coming weeks. (See id.) Defendant again represented to the Court that he is a "surety" who has been incarcerated against his will and again challenges the Court's ability to adjudicate this matter, but these arguments are irrelevant for purposes of resolving Defendant's request regarding counsel.

A criminal defendant can be entitled to represent himself. Faretta v. California, 422 U.S. 806, 832 (1975). However, the defendant's rights are not violated "when a court appoints standby counsel—even over the defendant's objection—to relieve the judge of the need to explain and enforce basic rules of courtroom protocol or to assist the defendant in overcoming routine obstacles that stand in the way of defendant's achievement of his own clearly indicated goals." McKaskle v. Wiggins, 465 U.S. 168, 184 (1984).

The Court finds a significant need for counsel's involvement in this matter. Accordingly, **IT IS HEREBY ORDERED that** with regard to Defendant's request related to termination of court-appointed counsel (Docket No. 100), Douglas Olson is hereby appointed as standby counsel.

Dated:   September 17, 2007

                                                        s/ Paul A. Magnuson
                                                        Paul A. Magnuson
                                                        United States District Court Judge